IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | 02:05cr0152 | |
| | ) | | |
| GARY GEORGE | ) | | |

**ORDER OF COURT**

**AND NOW**, this 2nd day of June, 2006, after review of the POSITION WITH RESPECT TO SENTENCING FACTORS filed by Defendant, Gary George (*Document No. 25*), the Court has determined that the factual matters disputed by Defendant in Paragraphs 8 - 10 of the Presentence Investigation Report are not material and no finding is necessary because the controverted matters raised in Defendant's Position will not be taken into account in determining Defendant's sentence.  *See* Fed. R. Crim. P. 32(i)(3)(B) (a sentencing court "must - for any disputed portion of the presentence report or other controverted matter -  rule on the dispute or determine that a ruling is unnecessary either because the matter will not affect sentencing, or because the court will not consider the matter in sentencing").

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Brendan T. Conway,
Assistant U.S. Attorney
Email: brendan.conway@usdoj.gov

Philip A. Ignelzi, Esquire
Ogg, Cordes, Murphy & Ignelzi
Email: pignelzi@ocmilaw.com